# Law Office of Mark McClure, P.S.

**STATEMENT**

EIN: 20 3001546

22-Nov-19

**625 5th Avenue South, WA  98032  |  (253) 631-6484**

Ronald Gregory Peralta
11424 44th Ave E.
Tacoma, WA  98446

| **Name of Case** | **Attorney** | **Case Date** |
|---|---|---|
| In re: Ronald G. Peralta (13) | Mark C. McClure | 14-Aug-18 |

Tuesday, November 13, 2018 through Friday, November 22, 2019

| Date | Atty | Description | | | Date Total |
|---|---|---|---|---|---|
| 13-Nov-18 | ILH | Services  File COS Proof of service re motion to avoid liens and enter cost slip: THIS JOB WAS PROCESSED BY: Miranda Cobb  Total Postage: $32.43  Total Printing: $41.40  Total Invoice: $ 73.83 | 0.1 hrs. | $0/hr. | $0.00 |
| 13-Nov-18 | ILH | Services  review, FILE, keydate, serve (via COS Tracking Number: 6132243330) fee app 1 | 0.3 hrs. | $0/hr. | $0.00 |
| 13-Nov-18 | ILH | Services  Review, assemble exhibits; FILE, keydate obj to claims #3 and #4.  Create notice packets for service via reg and cert mail (including 11 exhibits). Draft and file proof of service for each objection | 0.5 hrs. | $200/hr. | $100.00 |
| 13-Nov-18 | ILH | Services  Create pdfs for service of motion to avoid liens - FILE, Keydate, Serve (via COS),  Create packets for supplemental service | 0.3 hrs. | $200/hr. | $60.00 |
| 13-Nov-18 | mcm | Services  Review, revise, update Fee Application - approve for submission. | 0.3 hrs. | $400/hr. | $120.00 |
| 13-Nov-18 | ILH | Disbursement  COS Cost for motion to avoid liens | | | $73.83 |
| 14-Nov-18 | ILH | Disbursement  Cert mail costs - obj to claims/lien avoidance | | | $50.76 |

In re: Ronald G. Peralta (13)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 15-Nov-18 | ILH | Services<br>FILE POS re Fee app 1 - Enter COS cost slip: TRACKING NUMBER:6132243330<br><br>THIS JOB WAS PROCESSED BY: Brittney Simon<br>Total Postage: $32.43<br>Total Printing: $62.10<br>   Total Invoice: $ 94.53 | 0.1 hrs. | $0/hr. | $0.00 |
| 15-Nov-18 | ILH | Disbursement<br>COS Cost for fee app 1 | | | $94.53 |
| 19-Nov-18 | ILH | Services<br>Review POCs - WF secured by Eurovan (non-910) and PRA (unsecured) to ensure that claims addressed in plan (they are). Save to server | 0.3 hrs. | $200/hr. | $60.00 |
| 23-Nov-18 | ILH | Services<br>email correspondence with W to establish post filing monthly income in order to file amended I and J per plan | 0.3 hrs. | $200/hr. | $60.00 |
| 26-Nov-18 | ILH | Services<br>letter from Wasco County Court in OR requesting details as to ticket listed in petition. Review petition - draft response indicating that listed ticket is that of non-filing spouse. | 0.3 hrs. | $0/hr. | $0.00 |
| 26-Nov-18 | ILH | Services<br>Email reminder re DE Cert | 0.2 hrs. | $200/hr. | $40.00 |
| 13-Dec-18 | mcm | Services<br>Review and Reply to Trustee's Response re Attorney Fee Application. - NO CHARGE | 2.2 hrs. | $0/hr. | $0.00 |
| 13-Dec-18 | ILH | Administrative - No Charge<br>Review docket re obj to claims 3&4 and lien avoidance - File declarations and Orders. Review MCM reply to T's fee app obj and FILE. Email copy of fee app obj and reply to client. | 0.3 hrs. | $0/hr. | $0.00 |
| 13-Dec-18 | ILH | Administrative - No Charge<br>Draft and File POS re Reply to T's obj to Fee Application | 0.2 hrs. | $0/hr. | $0.00 |
| 14-Dec-18 | ILH | Administrative - No Charge<br>scan USPS tracking summaries re Lien avoidance and Obj to claims: Financial Assistance - 70112000000113975492; Longshoremen - 70112000000113975515; Numerica - 70112000000113975522 | 0.2 hrs. | $0/hr. | $0.00 |
| 17-Dec-18 | ILH | Administrative - No Charge<br>upload cert mail proof of receipts as supplemental to related proof of services per MCM | 0.2 hrs. | $0/hr. | $0.00 |
| 19-Dec-18 | ILH | Administrative - No Charge<br>Revise and file unsigned Order re fee app per MCM outcome at hearing | 0.2 hrs. | $0/hr. | $0.00 |
| 19-Dec-18 | mcm | Travel<br>Travel to Court re Hearing on Fee Application. - NO CHARGE | 1 hrs. | $0/hr. | $0.00 |

In re: Ronald G. Peralta (13)

| Date | Initials | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 19-Dec-18 | mcm | Travel | Travel from Court to Office re Fee Application Hearing - NO CHARGE. | 0.5 hrs. | $0/hr. | $0.00 |
| 19-Dec-18 | ILH | Services | draft 2 declarations re delivery status of motion to avoid lien and obj to claim 4 as regards Financial Assistance, Inc. Obatin USPS tracking reports and Sec of St reg agent info for exhibits to declarations. FILE linking back to POS at ECF 48 and 50 | 0.6 hrs. | $200/hr. | $120.00 |
| 19-Dec-18 | mcm | Write-Down | Fee Reduction per Hearing on Fee Application. | | | ($1,350.00) |
| 27-Dec-18 | mcm | Services | Review lodged orders directing appearance on 1/9 (0.1); review rule 7002 and 7004 (0.1); review orders and supporting docs re service (0.2); sketch out posistions and arguments (0.1) | 0.5 hrs. | $400/hr. | $200.00 |
| 28-Dec-18 | mcm | E-mail | Request updated pay data from client and his wife to do a budget review per agreement with Trustee. | 0.1 hrs. | $400/hr. | $40.00 |
| 09-Jan-19 | mcm | Hearing | Telephonic Hearing - re objections to claims and motion to avoid j. lien. Agreed to modify orders on objection to claims; Agreed to refile motion to avoid as to FA only, modify order re other creditors. | 0.5 hrs. | $400/hr. | $200.00 |
| 10-Jan-19 | ILH | Administrative - No Charge | File (re-file) Order on motion to avoid liens per MCM (after letter to judge filed and clarified service to Financial Assistance Inc.) | 0.2 hrs. | $0/hr. | $0.00 |
| 10-Jan-19 | ILH | Administrative - No Charge | File Revised orders (per 1-9-19 hearing) on Obj to claims 3 and 4 | 0.2 hrs. | $0/hr. | $0.00 |
| 10-Jan-19 | mcm | Correspondence | Letter to Judge re Sufficiency of service - NO CHARGE. | 1 hrs. | $400/hr. | $400.00 |
| 15-Jan-19 | gem | Administrative - No Charge | Drafted a cover letter for and mailed the client the 1.3.19 letter from Flagstar Bank for his actions and records. | 0.1 hrs. | $0/hr. | $0.00 |
| 15-Jan-19 | gem | Disbursement | Printing cost: $0.25/page for 1 page = $0.25 Scanning cost: $0.25/page for 7 pages = $1.75 Postage cost: $0.50/stamp for 2 stamps = $1.00 | | | $3.00 |
| 16-Jan-19 | ILH | Services | create spreadsheet of 15 weeks of weekly paydata for budget review per Trustee/MCM - update software in prep of budget meeting | 0.4 hrs. | $200/hr. | $80.00 |

| Date | Who | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 18-Jan-19 | mcm | E-mail<br>Emailed client status of motions to avoid, claim objections with copies of approved orders (0.1); also emailed client status as to payments to Trustee noting small deficency with warning about need to cure (0.1). | 0.2 hrs. | $400/hr. | $80.00 |
| 29-Jan-19 | ILH | Services<br>create spreadsheet of W income - Update BK software with current I figure and email results to MCM for review | 0.5 hrs. | $200/hr. | $100.00 |
| 31-Jan-19 | ILH | Services<br>VM with Ron requesting that he call in to sched appt | 0.1 hrs. | $200/hr. | $20.00 |
| 11-Feb-19 | mcm | E-mail<br>Request for client to update income information and schedule a budget review. | 0.1 hrs. | $400/hr. | $40.00 |
| 21-Feb-19 | mcm | Services<br>Case review and F/U email re budget appt | 0.2 hrs. | $200/hr. | $40.00 |
| 21-Feb-19 | mcm | E-mail<br>2nd request for client to update income information and schedule a budget review. | 0.1 hrs. | $400/hr. | $40.00 |
| 22-Feb-19 | mcm | E-mail<br>3rd request for client to update income information and schedule a budget review. | 0.1 hrs. | $400/hr. | $40.00 |
| 25-Feb-19 | mcm | Services<br>Texted Client requesting that he check his emails. | 0.1 hrs. | $400/hr. | $40.00 |
| 25-Feb-19 | mcm | E-mail<br>4th request for client to update income information and schedule a budget review. | 0.1 hrs. | $400/hr. | $40.00 |
| 25-Feb-19 | mcm | Telephone Conference<br>Telecon from client's wife confirming that they will come in for the requested budget review and scheduling a time. | 0.1 hrs. | $400/hr. | $40.00 |
| 25-Feb-19 | mcm | Telephone Conference<br>Left vm for client to call re budget review. | 0.1 hrs. | $400/hr. | $40.00 |
| 28-Feb-19 | mcm | Services<br>Review file in preparation for meeting with client tomorrow, review income data, expense information, confirmed plan. | 0.4 hrs. | $400/hr. | $160.00 |
| 28-Feb-19 | ILH | Services<br>email request for 1-18-19 to present paydata for H&W in prep of 3-1-19 budget review appt. | 0.2 hrs. | $200/hr. | $40.00 |
| 02-Mar-19 | mcm | Services<br>Check emails; send 5th request - second reschedule re Budget Review - requeset updated family income information prior to meeting via eamil; texted client requesting he check his emails and offer weekend appointment. | 0.2 hrs. | $400/hr. | $80.00 |
| 06-Mar-19 | ILH | Services<br>update spreadsheet with January 18 to present weekly paystubs for H&W for MCM review - scan copies of checks | 0.3 hrs. | $200/hr. | $60.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 14-Mar-19 | mcm | E-mail<br>Clarified claim related to Puget Sound CU and Financial Assistance re Solar Panels for Trustee's Office. See ECF Nos 85 and 86. | 0.2 hrs. | $400/hr. | $80.00 |
| 15-Mar-19 | mcm | Services<br>Prepare for budget review and plan modification by reviewing income and status of current payments on plan. | 0.5 hrs. | $400/hr. | $200.00 |
| 15-Mar-19 | mcm | Meeting<br>Meeting with debtor and his wife to review budget and explore anticipated expenses short term and modest term; explain anticipated difficulties in approval and explore proposing 100% plan feasibility; amend budget, amend plan, draft motion and supporting declaration; review documents with client and obtain signatures. | 1.8 hrs. | $400/hr. | $720.00 |
| 18-Mar-19 | ILH | Services<br>Edit pdfs as to hearing/court/judge - FILE motion to modify; declaration in support; modified plan; I and J; Dec 106, serve via COS (Tracking Number: 6132263177) keydate motion. | 0.3 hrs. | $200/hr. | $60.00 |
| 19-Mar-19 | mcm | Telephone Conference<br>Telecon with AllianceOne Receivables re garnishment of community assets in violation of automatic stay. Supervisor or attorney for Allianceone is to return call. | 0.2 hrs. | $400/hr. | $80.00 |
| 19-Mar-19 | ILH | Administrative - No Charge<br>FILE POS re motion to modify - Enter COS cost slip:<br>TRACKING NUMBER:6132263177<br><br>THIS JOB WAS PROCESSED BY: Kathryn Jump<br>Total Postage: $38.00<br>Total Printing: $102.60<br>　　Total Invoice: $ 140.60 | 0.1 hrs. | $0/hr. | $0.00 |
| 19-Mar-19 | mcm | Telephone Conference<br>Telecon with KC Hawthorne (counsel for Allianceone); agreed to stop garnishments for pendancy of bankruptcy - will be sending partial release and accounting to our office for review. | 0.1 hrs. | $400/hr. | $40.00 |
| 19-Mar-19 | ILH | Disbursement<br>COS Cost - motion to amend 1 | | | $140.60 |
| 31-Mar-19 | mcm | Services<br>Draft further Amended Plan, Motion to Amend, and Supporting Declaration and email to client for signatures and approval. | 0.9 hrs. | $400/hr. | $360.00 |
| 01-Apr-19 | ILH | Services<br>follow up an MCM emails to get signatures back on amended plan / declaration. Left phone message with Ron. | 0.2 hrs. | $200/hr. | $40.00 |
| 01-Apr-19 | ILH | Services<br>Scan/save signed copy of Dec/amended 3/31/19 plan; File amended motion to modify; plan; decl; Order. Serve via COS (Tracking Number: 6132265615) update keydates in casekeeper; | 0.3 hrs. | $200/hr. | $60.00 |

In re: Ronald G. Peralta (13)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-Apr-19 | ILH | Administrative - No Charge<br>FILE POS re amended motion to modify - enter COS cost slip:<br>TRACKING NUMBER:6132265615<br><br>THIS JOB WAS PROCESSED BY: Jesse Rojas<br>Total Postage: $38.00<br>Total Printing: $68.40<br>   Total Invoice: $ 106.40 | 0.1 hrs. | $0/hr. | $0.00 |
| 02-Apr-19 | ILH | Disbursement<br>COS Cost - amended motion to modify | | | $106.40 |
| 15-Apr-19 | mcm | Telephone Conference<br>Telecon with nfs confirming that the amended proposed plan contemplates retention of income tax refunds. | 0.2 hrs. | $400/hr. | $80.00 |
| 15-Apr-19 | ILH | Administrative - No Charge<br>Draft email requesting 2018 1040 and review and signature of DSO (2nd request) | 0.2 hrs. | $0/hr. | $0.00 |
| 17-Apr-19 | ILH | Administrative - No Charge<br>rec and process 2018 1040 and DSO (.1) - redact and upload 2018 1040 (.1) and summary email re refund to MCM (.1) - FILE DSO (.1) | 0.1 hrs. | $0/hr. | $0.00 |
| 22-Apr-19 | ILH | Administrative - No Charge<br>check docket re amended motion to modify (ECF 99). File declaration of no objection and Order - update casekeeper | 0.2 hrs. | $0/hr. | $0.00 |
| 07-May-19 | mcm | Services<br>Review new pay directive; review status of case via 13network; advise client of status and need to make timely payments to the Trustee. | 0.3 hrs. | $400/hr. | $120.00 |
| 07-Jun-19 | gem | Receipt<br>Payment from the Trustee. | | | ($6,363.00) |
| 26-Jul-19 | mcm | Telephone Conference<br>Telecon with Debtor's wife: debtor's surgery keeps getting rescheduled by doctor; disability checks should roll in to help cure short term; may need to further modify plan. | 0.1 hrs. | $400/hr. | $40.00 |
| 26-Jul-19 | mcm | E-mail<br>Email to Danielle at ch 13 T office re status. | 0.1 hrs. | $400/hr. | $40.00 |
| 25-Sep-19 | ILH | Administrative - No Charge<br>Keydate and calendar T's motion to dismiss and response deadline | 0.2 hrs. | $0/hr. | $0.00 |
| 02-Oct-19 | mcm | E-mail<br>follow up email regarding Trustee motion to dismiss - payment status. | 0.1 hrs. | $400/hr. | $40.00 |
| 16-Oct-19 | ILH | Services<br>Begin draft of Response to T's motion to dismiss referencing proof of payments emailed by D's wife. Email Client (and wife) requesting additional info for declaration in support per mcm. | 0.3 hrs. | $200/hr. | $60.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 16-Oct-19 | ILH | Services<br>Obtain copy of initial notice of ch13 case filing. Email with copy of confirmed plan to Walla Walla district court per MCM's call with collection company (District Court Walla Walla Case No x1782638) | 0.3 hrs. | $200/hr. | $60.00 |
| 17-Oct-19 | ILH | Services<br>Email from client's wife with info for supporting declaration to response to T's motion to dismiss. Draft declaration based on email info - Email to client for review and signature. | 0.3 hrs. | $200/hr. | $60.00 |
| 18-Oct-19 | ILH | Administrative - No Charge<br>Receive signed declaration via email - FILE declaration in support of response per MCM | 0.2 hrs. | $0/hr. | $0.00 |
| 01-Nov-19 | AJP | Receipt<br>Payment from Trustee - Thank you | | | ($3,781.43) |
| 06-Nov-19 | AJP | Services<br>Review case and draft fee application | 0.6 hrs. | $200/hr. | $120.00 |
| 06-Nov-19 | mcm | Draft/Revise<br>Review and revise fee application | 0.1 hrs. | $400/hr. | $40.00 |
| 06-Nov-19 | AJP | Disbursement<br>Estimated cost of disbursement for | | | $105.00 |

**This Statement:** **($6,280.31)**

**Account Summary**

|  |  |  |
|---|---|---|
|  | **Previous Balance:** | **$16,984.95** |
| + | **Attorney and Paralegal Fees:** | **$4,640.00** |
| + | **Costs:** | **$574.12** |
| - | **Payments:** | **($10,144.43)** |
| -/+ | **Charges or Adjustments** | **($1,350.00)** |
| = | **New Balance Due:** | **$10,350.81** |

Thank you for giving us the opportunity to be of service to you.

In re: Ronald G. Peralta (13)